UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 06-20248
HON. JOHN CORBETT O'MEARA

ELFAT EL AOUAR,

Defendant.

_____/

## STIPULATED ORDER TO AMEND CONDITIONS OF RELEASE ON BOND

At a session of said Court, held in the
Federal Building, Detroit, Michigan, on
**DEC 2 0 2006**

PRESENT: HONORABLE ____**JOHN CORBETT O'MEARA**____
U.S. DISTRICT COURT JUDGE

The above matter having come before the Court upon the oral motion of defendant

to allow her to travel to Frankenmuth, Michigan, the parties having appeared in open

Court and the Assistant U.S. Attorney having no objections,

IT IS HEREBY ORDERED that defendant, Elfat El Aouar be allowed to travel to

Frankenmuth, Michigan from December 22 to December 25, 2006, with her children,

where she will be staying at Zehnders.

1

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

Approved for entry:

/s/ with consent Kenneth R. Chadwell
Kenneth R. Chadwell P39121
Assistant U.S. Attorney
20th Floor
211 W. Fort Street
Detroit, MI 48226
313-226-9698
ken.chadwell@usdoj.gov

/s/ James C. Thomas
James C. Thomas P23801
Attorney for Defendant
2632 Buhl Building
535 Griswold Street
Detroit, MI 48226
313-963-2420
jthomas@plunkettcooney.com

2